■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS PACYON, Appellant.—Judgment unanimously affirmed. Memorandum: The trial court did not abuse its discretion in denying defendant's motion for severance because the crimes alleged in the indictment were properly joined *(see,* CPL 200.20 [2] [c]; *People v Jenkins,* 50 NY2d 981) and defendant did not make a convincing showing that he had a genuine need to refrain from testifying on some of the charges or that the risk of prejudice from a joint trial was substantial *(see,* CPL 200.20 [3] [a], [b]; *People v Lane,* 56 NY2d 1; *People v Mercer,* 151 AD2d 1004; *People v Casiano,* 138 AD2d 892, *lv denied* 72 NY2d 857; *People v Hoke,* 96 AD2d 677). We have

considered defendant's remaining claims and find that they are either unpreserved or lack merit. (Appeal from judgment of Erie County Court, McCarthy, J.—rape, first degree, and another charge.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.